IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| GRADY F. SMITH AND CO., INC. d/b/a ) | |
| SCAFFOLDMART and M.J.C., LLC, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Case No. 4:20-CV-00010-D |
| ) | |
| NAUTILUS INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF VOLUNTARY DISMISSAL**
**WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs, Grady F. Smith and Co., Inc. d/b/a Scaffoldmart and M.J.C., LLC, by and through undersigned counsel, hereby gives notice of the voluntary dismissal of this action against Defendant, Nautilus Insurance Company, without prejudice.

This the 5th day of March, 2020.

Respectfully submitted,

AYERS & HAIDT, P.A.

*/s/James M. Ayers II*
James M. Ayers II
N.C. State Bar No. 18085
307 Metcalf Street
Post Office Box 1544
New Bern, North Carolina 28563
Telephone: (252) 638-2955
Facsimile: (252) 638-3293
jimayers2@embarqmail.com

CERTIFICATE OF SERVICE

This is to certify that I, this 5th day of March, 2020, served a copy of the foregoing document upon the following parties by electronically filing the foregoing with the Clerk of Court, using the CM/ECF system which will send notification of such filing to:

Kevin M. O'Brien, Esq.
William R. Hartzell, Esq.
Phelps Dunbar LLP
GlenLake One
4140 ParkLake Avenue, Suite 100
Raleigh, NC 27612-3723
obrienk@phelps.com
William.hartzell@phelps.com

    AYERS & HAIDT, P.A.

    */s/James M. Ayers II*
    James M. Ayers II
    N.C. State Bar No. 18085
    307 Metcalf Street
    Post Office Box 1544
    New Bern, North Carolina 28563
    Telephone: (252) 638-2955
    Facsimile: (252) 638-3293
    jimayers2@embarqmail.com